**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-24-00427-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| $10,951.00 in United States Currency, | |
| Defendant. | |

On October 28, 2024, the Plaintiff, the United States, sought a status conference regarding Gabriela Viviana Soltero, who had presented herself at the United States Attorney's Office, Tucson, claiming a partial interest in the *in rem* property, $10,951.00, that is the subject of this forfeiture action. The Court denied the motion because the alleged claimant had not appeared in this action. The Court advised her that she could not represent any other claimant, such as her brother-in-law, Adril Delgado Gutierrez, and that any claim to the $10,951.00 needed to be filed in this action by the time set for answering. The Court extended that time to November 18, 2024. The Court had a copy of its Order sent to both Soltero and Gutierrez. The Court advised the alleged claimants that failing to file an answer or motion in this action stating a claim may result in dismissal of such claims, default, and the Court's entry of a judgment of forfeiture in this case.

The time for filing claims in this action has passed, without any filings being made in this case. The United States filed the Complaint (Doc. 1) against the defendant on August 26, 2024, and served a Warrant of Arrest on the defendant currency on September 6, 2024.

1  (Doc. 4.) The United States gave direct notice of the Complaint and Warrant to the known
2  potential claimants, Gabriela Viviana Soltero and Adril Delgado Gutierrez, on October 1,
3  2024. (Docs. 5 and 6.) Notice was mailed to them directly in compliance with Federal Rules
4  of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset
5  Forfeiture Actions ("Supplemental Rules"), Rule G(4)(B). In addition, the government
6  gave notice of the action by publication, pursuant to Supplemental Rule G(4)(a)(iv)(C).
7  (Doc. 8.) To the extent, Gabriela Viviana Soltero's contacting the United States Attorney's
8  office was intended as a claim to the defendant currency, $10,951.00, her claim is stricken
9  for failure to comply with the directives of the Court's Order issued on October 28, 2024,
10  to file her claim in this action.

11  As neither Gavriela Viviana Soltero nor any other individual has filed any pleading
12  to challenge forfeiture of the defendant property, and the time for filing a claim has expired,
13  the Court concludes that the United States may proceed by default pursuant to Rule 55(a)
14  of the Federal Rules of Civil Procedure.

15  Rule 55(a) of the Federal Rules of Civil Procedure provides, "When a party against
16  whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as
17  provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk
18  shall enter the party's default." The record herein cited reflects compliance by the United
19  States with the provisions of Rule G of the Supplemental Rules governing civil *in rem*
20  forfeiture actions, including Supplemental Rule G(5)(a)(i) notice requirements that ensure
21  claimants have an opportunity to contest the forfeiture. The record also reflects that no
22  claimant has filed an answer to the Complaint or made a motion under Rule 12, pursuant
23  to Supplemental Rule G(5)(b). The deadline for filing a responsive pleading making a
24  claim under Supplemental Rule G has passed. Due to the failure of any party to plead or
25  otherwise defend in this action, the Court enters a default against all interests of any party
26  in defendant property.

27  **Accordingly,**
28  **IT IS ORDERED** that any claim by Gabriela Viviana Soltero is STRICKEN.

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure, Rule 55, the Clerk of the Court shall enter a default against the interest of any party in defendant $10,951.00 in U.S. Currency (hereinafter "defendant property"), for failure to file a claim, answer, or otherwise defend the action as provided in 18 U.S.C. § 983(a)(4) and Supplemental Rule G(5)(a).

**IT IS FURTHER ORDERED** that within 14 days of the filing date of this Order, the United States shall file a motion and proposed form of order for entry of a default judgment to close this case.

Dated this 12th day of December, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge