**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-24-00427-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| $10,951.00 in United States Currency, | |
| Defendant. | |

It has come to the attention of the Court that its last Order and the Clerk's entry of default were not mailed to the claimants. Likewise, the Motion for Default Judgment was not copied to them.

**Accordingly,**

**IT IS ORDERED** that the Clerk of the Court shall send copies of documents 10, 11, and 12 to claimants at the following addresses: Gabriela Viviana Soltero, 567 Camino Lito Galindo, Rio Rico, AZ 85648 and Adril Delgado Gutierrez, Col Luis Donaldo Coolio 84066 Lito Galindo, Nogales, Sonora, Mexico.

Dated this 7th day of January, 2025.

*Honorable Cindy K. Jorgenson*
United States District Judge

Cc:
Gabriela Viviana Soltero
567 Camino Lito Galindo
Rio Rico, AZ 85648

Adril Delgado Gutierrez
Col Luis Donaldo Colosio 84066 Lito Galindo
Nogales, Sonora, Mexico